IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* H REMIDEZ, LLC<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI HEAVY INDUSTRIES, LTD., and MHI RJ AVIATION, INC.<br>Defendants. | CASE NO.: 1:24-cv-00720-CFC |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff-Relator H Remidez, LLC ("Relator"), by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal with prejudice as to itself, and without prejudice as to the United States in the above-styled action.

Counsel for Relator conferred with counsel for the United States and can represent that, pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the proposed dismissal of Relator's action, provided that it is without prejudice to the United States.

CONNOLLY GALLAGHER LLP

/s/ Timothy M. Holly
Timothy M. Holly (No. 4106)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Tel: (302) 252-4217
Fax: (302) 757-7272
tholly@connollygallagher.com

Dated: March 11, 2025                    *Counsel for Relator*